—0—

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br>    v.<br>Luis Manuel Navarro<br>    Defendant. | 2:05-CR-12-RGK-7<br><br>ORDER OF DETENTION AFTER HEARING ( Fed.R.Crim.P. 32.1(a)(6) Allegations of Violations of Probation Supervised Release) Conditions of Release) |

On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

The court finds no condition or combination of conditions that will reasonably assure:

(A) [X] the appearance of defendant as required; and/or

(B) [X] the safety of any person or the community.

//
//

The court concludes:

A. ☒ Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that:

_he will refrain from substance abuse or refrain from further criminal activity_

(B) ☒ Defendant is a flight risk because defendant has not shown by clear and convincing evidence that:

_he will abide by conditions of release. Also, Defendant lacks bail resources_

IT IS ORDERED that defendant be detained.

DATED: 4/30/10

_[signature]_
SUZANNE H. SEGAL
UNITED STATES MAGISTRATE JUDGE